# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 90 CR-00766 AWT |
| Plaintiff, | **ORDER DENYING PETITION FOR WRIT OF ERROR CORAM NOBIS** |
| v. | |
| JOSE MANUEL AGUIRRE, | |
| Defendant. | |

Before the Court is Defendant Jose Manuel Aguirre's *pro se* petition for a writ of error coram nobis, seeking to vacate his 1991 criminal conviction for possession with intent to distribute 44 pounds of marijuana. Aguirre contends that his former defense attorney misled him about the immigration consequences of accepting his plea agreement. Defendant must show the following to qualify for coram nobis relief: "(1) a more usual remedy is not available; (2) valid reasons exist for not attacking the conviction earlier; (3) adverse consequences exist from the conviction sufficient to satisfy the case or controversy requirement of Article III; and (4) the error is of the most fundamental character." *United States v. Riedl*, 496 F.3d 1003, 1006 (9th Cir. 2007) (quoting *Hirabayashi v. United States*, 828 F.2d 591, 604 (9th Cir. 1987)).

Aguirre has not offered any reasons, let alone a valid reason, for delaying nearly 25 years in filing the present petition. Additionally, Aguirre has not demonstrated that he suffers from an adverse consequence satisfying Article III's ripeness requirement. *See City of L.A. v. Lyons*, 461 U.S. 95, 101–02 (1983) (explaining that Article III requires the party seeking relief to "show that he has sustained or is immediately in danger of sustaining some direct injury . . . and the injury or threat of injury must be both real and immediate, not conjectural or hypothetical"). Although deportation may qualify as a sufficient "adverse consequence" for coram nobis purposes, *United States v. Kwan*, 407 F.3d 1005, 1012 (9th Cir. 2005), Aguirre does not claim that he is now in removal proceedings. To the contrary, Aguirre states in his petition and accompanying affidavit that he was *not* deported as a result of his conviction.

For the reasons stated,

**IT IS ORDERED** that the petition for writ of error coram nobis is **DENIED without prejudice.**

DATED: December 28, 2015.

_____
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation