# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MANUEL AGUIRRE, <br><br> Defendant. | No. 90-CR-00766-AWT-1 <br><br> **ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL [20]** |

Before the Court is Defendant Jose Manuel Aguirre's *pro se* motion for an extension of time to file a notice of appeal. Dkt. No. 20. Aguirre seeks to appeal this Court's order denying his petition for a writ of error coram nobis. Dkt. No. 18.

Under Federal Rule of Appellate Procedure 4(a), Aguirre was required to file a notice of appeal within 30 days after the entry of the order appealed from. Fed. R. App. P. 4(a)(1)(A); *see also* Fed. R. App. 4(a)(1)(C) ("An appeal from an order granting or denying an application for a writ of error coram nobis is an appeal in a civil case for purposes of Rule 4(a)."). The district court may extend the time to file a notice of appeal only if the party seeks such extension "no later than 30 days

1

1  after the time prescribed by . . . Rule 4(a) expires." Fed. R. App. 4(a)(5).  The
2  order denying coram nobis relief was issued on December 28, 2015.  Thus, the
3  deadline to file a notice of appeal was January 27, 2016, and the deadline to seek
4  an extension of time to file such notice was February 26, 2016.  Because Aguirre's
5  motion to extend the time to appeal, filed March 16, 2016, is untimely by over two
6  weeks, the motion is DENIED.

10         DATED:     March 25, 2016

                                    _____
                                    A. Wallace Tashima
                                    United States Circuit Judge
                                    Sitting by Designation

2